# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INCIPIENT, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 1:08-CV-10613-NG |
| ) | |
| INTERNATIONAL BUSINESS ) | |
| MACHINES CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Jonathan J. Thessin of Wilmer Cutler Pickering Hale and Dorr LLP as counsel for Incipient, Inc. in connection with the above-captioned action.

Respectfully submitted,

/s/ Jonathan J. Thessin
Jonathan J. Thessin (BBO #663891)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
jonathan.thessin@wilmerhale.com

Dated: March 31, 2009

**CERTIFICATE OF SERVICE**

    I, Jonathan J. Thessin, hereby certify that a true and correct copy of the foregoing document will be sent via ECF to all counsel of record on March 31, 2009.

                                                          /s/ Jonathan J. Thessin
                                                          Jonathan J. Thessin