## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| | ) | |
| INCIPIENT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | 1:08-CV-10613-NG |
| | ) | |
| INTERNATIONAL BUSINESS | ) | |
| MACHINES CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT NOTICE OF VOLUNTARY DISMISSAL
## OF CLAIMS AND COUNTERCLAIMS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff, Incipient, Inc., by its counsel,

hereby dismisses *with prejudice*, without costs, and waiving all rights of appeal, all claims it

asserted in this action against International Business Machines Corporation.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Fed. R. Civ. P. 41(c), the defendant,

International Business Machines Corporation, by its counsel, hereby dismisses *with prejudice*,

without costs, and waiving all rights of appeal, all claims it asserted in this action against

Incipient, Inc.

Respectfully submitted,

INCIPIENT, INC.,

By its attorneys,


__/s/ Felicia H. Ellsworth_____
Richard A. Johnston, BBO # 253420
Felicia H. Ellsworth, BBO #665232
Adam J. Hornstine, BBO #666296
Sydenham B. Alexander, III, BBO # 671182
Wilmer Cutler Pickering Hale and Dorr LLP

60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000


felicia.ellsworth@wilmerhale.com


INTERNATIONAL BUSINESS MACHINES
CORPORATION


By its attorneys,

___/s/ Jennifer M. Ryan_____
Thomas E. Dwyer, BBO #139660
Jennifer M. Ryan, BBO #661498
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 371-1000
Facsimile: (617) 371-1037
jryan@dwyercollora.com

Steven M. Edwards (admitted pro hac vice)
William F. Haigney (admitted pro hac vice)
Justin M. Shanes (admitted pro hac vice)
Hogan & Hartson, LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

Dated: April 10, 2009